Dustin Clark, Esq. (#10548)
Holley, Driggs, Walch, Fine, Puzey, Stein & Thompson
400 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
Tel: (702) 791-0308
Email: dclark@nevadafirm.com

Stacey A. Campbell, (Colorado Bar #38378)
(*Pro Hav Vice Motion Pending*)
Campbell Litigation, P.C.
730 17th St., Suite 730
Denver, Colorado 80202
Tel: (303) 536-1833
Email: Stacey@Campbell-Litigation.com

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Donna Brower,<br><br>    Plaintiff,<br><br>v.<br><br>McDonald's Corp., a Foreign Corporation licensed to do business in Nevada,<br><br>    Defendant. | Case No.: 2:19-cv-02099-GMN-BNW<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE CORRECTED VERIFIED PETITION**<br>**(First Request)** |

  Defendant McDonald's Corp. ("Defendant" or "McDonald's"), through its undersigned attorneys and pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1 and LR 7-2. hereby moves the Court for an extension of time for Defendant to file its Corrected Verified Petition pursuant to the Court's December 27, 2019 Minute Order (ECF No. 13), by ten (10) days, from January 7, 2020 to January 17, 2020. Defendant bases this motion on the pleadings and papers on file herein together with the following memorandum of points and authorities. This is the first request by Defendant to extend time to file its Corrected Verified Petition.

///

///

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND

On December 23, 2019, Defendant filed its Verified Petition for Permission to Practice *Pro Hac Vice* by Stacey A. Campbell ("Petitioner") and Designation of Local Counsel Dustin L. Clark (ECF No. 12). On December 27, 2019, the Court deferred its ruling on Defendant's Verified Petition, and ordered that Petitioner has until January 7, 2020 to correct its Petition by attaching a certification of good standing from each state bar or from the clerk of the supreme court or highest admitting court of each state that the Mr. Campbell has been admitted to practice law. (*See* ECF No. 12).

Petitioner has requested certificates of good standing from the other states where Mr. Campbell is licensed, including: Arizona, Kansas, Missouri, Utah and Wyoming. These certificates will be delivered to Petitioner by mail.

## II. ARGUMENT

Federal Rule of Civil Procedure 6(b)(1) governs extension of time and provides that "the court may, for good cause, extend the time… if a request is made, before the original time or its extension expires." In light of the holidays, Petitioner has been unable to obtain all of the required certificates of good standing to comply with the currently set deadline of January 7, 2020. To reduce client costs and in the exercise of judicial economy, good cause exists for the Court to extend the deadline to correct the Verified Petition by ten (10) days, from January 7, 2020 to January 17, 2020, to allow sufficient time for Petitioner to receive the respective certificates of good standing from the States of Arizona, Kansas, Missouri, Utah and Wyoming.

For these reasons and in good faith, Defendant respectfully requests that the Court grant its motion for a ten (10) day extension of time, up to and including January 17, 2020, to file a Corrected Verified Petition for Stacey A. Campbell to appear *pro hac vice*.

Dated: January 6, 2020.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Dustin Clark
　　　　　　　　　　　　　　　　　　　　Dustin Clark, Esq. (#10548)
　　　　　　　　　　　　　　　　　　　　Holley, Driggs, Walch,
　　　　　　　　　　　　　　　　　　　　Fine, Puzey, Stein & Thompson

Stacey A. Campbell, (Colo. Bar #38378)
(*Pro Hav Vice Motion Pending*)
Campbell Litigation, P.C.
730 17th St., Suite 730

*Attorneys for Defendant McDonald's Corp.*

## ORDER

**IT IS SO ORDERED** that Defendant's Motion for Extension of Time to File Corrected Verified Petition is **GRANTED.** Defendant shall file its Corrected Verified Petition **no later than January 17, 2020.**

**DATED** this __8__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I caused a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE CORRECTED VERIFIED PETITION (First Request)** to be electronically filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following counsel of record:

Mary F. Chapman, Esq. (#6591)
Law Office of Mary F. Chapman, Ltd.
8440 W. Lake Mead Blvd., Suite 203
Las Vegas, Nevada 89128
Tel: (702) 202-4223
Email: maryf.chapman@juno.com

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　/s/ *Sandy Sell*
　　　　　　　　　　　　　　　An Employee of Holley Driggs Walch Fine Puzey Stein & Thompson