Dustin L. Clark, Esq. (Bar #10548)
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Tel: (702) 791-0308
Email: dclark@nevadafirm.com

Stacey A. Campbell, (Colorado Bar #38378)
(*Admitted Pro Hac Vice*)
Stacey@Campbell-Litigation.com
Alison Lungstrum Macneill, (Colorado Bar #51689)
(*Admitted Pro Hac Vice*)
Alison@Campbell-Litigation.com
CAMPBELL LITIGATION, P.C.
1571 Race Street
Denver, Colorado 80206
Tel: (303) 536-1833
*Attorneys for Defendant*

Mary F. Chapman, Esq. (#6591)
LAW OFFICE OF MARY F. CHAPMAN, LTD.
8440 W. Lake Mead Blvd., Suite 203
Las Vegas, Nevada 89128
Tel: (702) 202-4223
Email: maryf.chapman@juno.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA BROWER,<br><br>  Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION, a Foreign Corporation licensed to do business in Nevada,<br><br>  Defendant. | Case No.: 2:19-cv-02099-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND PRETRIAL DEADLINES**<br><br>**(First Request)** |

Pursuant to Federal Rules of Civil Procedure 6 and 16(b)(4) as well as LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-4, Defendant McDonald's Corporation ("Defendant" or "McDonald's") and Plaintiff Donna Brower ("Plaintiff" or "Brower"), by and through their respective attorneys,

- 1 -

hereby stipulate and agree to extend the discovery cutoff and other pretrial deadlines by sixty (60) days due to various Stay At Home and/or Shelter In Place Orders issued in response to the coronavirus disease 2019 ("COVID-19") pandemic. This is the parties' first stipulation to extend discovery and other pretrial deadlines and is filed not later than twenty-one days before the discovery cutoff.

The parties are exchanging discovery, attempting to resolve discovery disputes, and working together to reschedule depositions. To ensure the parties have sufficient time to complete discovery, permit sufficient time for the preparation and filing of dispositive motions, and allow the Court sufficient time to review and rule on any dispositive motion submitted before trial—and for good cause shown—the parties hereby stipulate and respectfully request the Court to extend the remaining discovery and pretrial deadlines as detailed below.

In accordance with LR 26-4(a)-(d), the parties provide the following information in support of this stipulation to extend discovery and other pretrial deadlines:

**(a)     Discovery Completed**

The parties have served their initial disclosures. Defendant previously served its first set of written discovery to which Plaintiff has responded. Plaintiff served her first set of interrogatories, as well as her first and second requests for production. Defendant's responses to Plaintiff's discovery requests are currently pending.

**(b)     Discovery That Remains To Be Completed**

In addition to the prospect of additional written discovery, the parties have identified individuals whom they plan to depose, and the parties are working together to determine available deposition dates. The parties have conferred and agreed that Defendant will submit its responses to Plaintiff's discovery requests on April 20, 2020. It is premature at this stage of the litigation for the parties to determine the necessity of any expert witnesses.

**(c)     Reasons Why The Deadline Was Not Satisfied Or The Remaining Discovery Was Not Completed Within The Time Limits Set By The Discovery Plan**

On March 16, 2020, Chief Judge Miranda M. Du entered Temporary General Order 2020-03, which recognized the recent outbreak of the coronavirus disease 2019 ("COVID-19")

in the District of Nevada, and ordered that "[a]ll civil and criminal trials, including any associated deadlines, are continued until April 10, 2020 pending further order of the Court." (*See* Temporary General Order 2020-03). Similarly, governments in Illinois and Denver, Colorado, where McDonald's and its undersigned counsel are located, respectively, issued so-called "Stay-At-Home Orders," impacting the ability to conduct business as usual.

Federal Rule of Civil Procedure 6(b)(1) governs extension of time and provides that "the court may, for good cause, extend the time… if a request is made, before the original time or its extension expires." The parties hereby stipulate and agree to continue or extend the discovery and pretrial deadlines for sixty (60) days in light of COVID-19, the District of Nevada's Temporary General Order 2020-03, and the respective Stay-At-Home Orders affecting the parties and their undersigned counsel.

**(d) Proposed Schedule For Completing All Remaining Discovery**

In accordance with LR 26-4(d), the parties propose the following schedule for completing all remaining discovery:

1. Discovery Cut-Off Date: Monday, **August 31, 2020**.

2. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts): In accordance with Federal Rule of Civil Procedure 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than Thursday, **July 2, 2020**, and disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than Monday, **August 3, 2020**, since the thirtieth day falls on a Saturday.

3. Interim Status Report: In accordance with LR 26-3, an Interim Status Report will be filed by the parties with the Court sixty (60) days prior to the discovery cut-off date, and therefore, not later than, Thursday, **July 2, 2020**.

4. Dispositive Motion deadline: The parties shall file dispositive motions not more than thirty days after the discovery cutoff date and, therefore, not later than Wednesday, **September 30, 2020**.

5. <u>Joint Pretrial Order</u>: If no dispositive motions are filed, and unless otherwise ordered by this Court, the joint pretrial order shall be filed not more than thirty days after the date set for filing dispositive motions and, therefore, not later than Friday**, October 30, 2020**. If a dispositive motion is filed, the date for filing the joint pretrial order shall be suspended until thirty days after an order on the dispositive motions or until further order of the Court.

6. <u>Subsequent Requests to Extend the Discovery Cut-Off Date</u>: In accordance with LR 26-4, a stipulation or motion for modification or extension of a discovery plan and scheduling order "must be received by the court no later than 21 days before the expiration of the subject deadline." *Id*. Therefore, any subsequent request to extend the discovery cut-off date must be filed not later than Monday, **August 10, 2020**, which is twenty-one days prior to the August 31, 2020 discovery cut-off date requested herein.

7. Any deadline not extended pursuant to this Stipulation and Order shall remain controlled by the Joint Discovery Plan and Scheduling Order, ECF No. 27.

For the reasons set forth above, the parties stipulate and agree to extend the discovery cutoff and the other pretrial deadlines as detailed herein for sixty (60) days, and neither party will be prejudiced by the extension of the deadlines above.

Dated: March 27, 2020

*/s/ Mary F. Chapman*
MARY F. CHAPMAN, ESQ.
Law Office of Mary F. Chapman, Ltd.

*Attorney for Plaintiff Donna Brower*

Dated: March 27, 2020

*/s/ Dustin L. Clark, Esq*.
ALISON LUNGSTRUM MACNEILL, ESQ.
(*Admitted Pro Hac Vice*)
STACEY A. CAMPBELL, ESQ.
(*Admitted Pro Hac Vice*)
Campbell Litigation, P.C.

DUSTIN L. CLARK, ESQ.
Holley Driggs

*Attorneys for Defendant McDonald's Corp.*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/30/2020

- 4 -