Dustin L. Clark, Esq. (Bar #10548)
Dustin L. Clark, Attorney at Law
11700 W. Charleston Blvd., #170-479,
Las Vegas, NV 89135
Tel: (702) 791-0308
Email: dustin@clarklawcounsel.com

Stacey A. Campbell, (Colorado Bar #38378)
(*Admitted Pro Hac Vice*)
Stacey@Campbell-Litigation.com
Alison Lungstrum Macneill, (Colorado Bar #51689)
(*Admitted Pro Hac Vice*)
Alison@Campbell-Litigation.com
CAMPBELL LITIGATION, P.C.
1410 N. High Street
Denver, Colorado 80218
Tel: (303) 536-1833
*Attorneys for Defendant*

Mary F. Chapman, Esq. (#6591)
LAW OFFICE OF MARY F. CHAPMAN, LTD.
8440 W. Lake Mead Blvd., Suite 203
Las Vegas, Nevada 89128
Tel: (702) 202-4223
Email: maryf.chapman@juno.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA BROWER, | Case No.: 2:19-cv-02099-GMN-BNW |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE** |
| v. | **(Fourth Request)** |
| MCDONALD'S CORPORATION, a Foreign Corporation licensed to do business in Nevada, | |
| Defendant. | |

      Pursuant to Federal Rules of Civil Procedure 6 and 16(b)(4) as well as L.R. IA 6-1, L.R. IA 6-2 and L.R. 7-1, Defendant McDonald's Corporation ("Defendant" or "McDonald's") and Plaintiff Donna Brower ("Plaintiff" or "Brower"), by and through their respective attorneys, hereby stipulate and agree to extend the discovery cutoff by twenty four (24) days, up to and including Friday, July 23, 2021. This

request is for the limited purpose of extending the deadline to complete the Fed. R. Civ. P. 30(b)(6) depositions.

Thus far, the Parties have agreed to a protective order, engaged in extensive written discovery, have scheduled and taken several witness and Rule 30(b)(6) depositions. Defendant has been unable to communicate with and prepare a former employee who has necessary information regarding the first 30(b)(6) topic noticed by Brower, despite diligent efforts to do so. Accordingly, the Parties request a brief extension of time to locate the witness so that the Rule 30(b)(6) depositions may be completed in a single day by Brower's counsel to reduce costs. This is the Parties' fourth request to extend the discovery cut-off deadline. The first was granted March 27, 2020 and was a result to the COVID-19. The second and third, granted June 29, 2020 and December 29, 2020, respectively, were necessary due to the illness and subsequent death of Plaintiff's daughter.

In accordance with L.R. 26-4(a)-(d), the parties provide the following information in support of this stipulation to extend discovery and other pretrial deadlines:

**(a)** **Discovery Completed**

The Parties have served their initial disclosures as well as supplemental disclosures. Defendant served its first set of written discovery to which Plaintiff has responded. Plaintiff has also served three supplemental disclosures and information. Plaintiff served her first and second set of interrogatories, as well as her first, second, third, and fourth requests for production and first set of requests for admissions. All written discovery has been responded to by the Parties.

**(b)** **Discovery That Remains To Be Completed**

The remainder of the Rule 30(b)(6) deposition is the only outstanding discovery, particularly on the first and fifth noticed topics (of eight total). The first portion of the Rule 30(b)(6) deposition took place on June 18, 2021.

**(c)** **Reasons Why The Deadline Was Not Satisfied Or The Remaining Discovery Was Not Completed Within The Time Limits Set By The Discovery Plan**

The remaining Rule 30(b)(6) depositions have not been completed by the time limit set within the discovery plan due to Defendant's inability to contact a former employee who Defendant believes has knowledge on the first noticed topic, despite diligent efforts to do so. Because Defendant has been unable

to contact the former employee, it is still unclear to Defendant if that employee should be designated to testify on the first noticed topic, or if the witness should be someone else. Defendants need more time to contact and communicate with the former employee so as to disclose and prepare the proper witness. Defendant has already identified and prepared a witness to testify on the fifth noticed topic, but it is the intent of the Parties to conduct both depositions on a single day to minimize costs.

Federal Rule of Civil Procedure 6(b)(1) governs extension of time and provides that "the court may, for good cause, extend the time… if a request is made, before the original time or its extension expires." The Parties hereby stipulate and agree to continue or extend the discovery for twenty four (24) days, up to and including July 23, 2021, in order for further attempts to be made to locate, communicate with, and potentially prepare a former employee as a witness, and so that the remainder of the Rule 30(b)(6) depositions may take place in a single day.

**(d)     Proposed Schedule for Completing All Remaining Discovery**

In accordance with LR 26-4(d), the parties propose the following schedule for completing all remaining discovery:

1. <u>Discovery Cut-Off Date</u>: Currently, July 29, 2021, proposed change to **Friday, July 23, 2021, for the limited purpose of completing the 30(b)(6) deposition.**

2. <u>Dispositive Motion Date</u>: Currently, July 29, 2021, proposed change to **August 23, 2021**.

3. <u>Pretrial Order Date:</u>   Currently, August 30, 2021, proposed change to **September 23, 2021**.

For the reasons set forth above, the parties stipulate and agree to extend the discovery cutoff and the other pretrial deadlines as detailed herein for twenty four (24) days, up to and including July 23, 2021, and neither party will be prejudiced by the extension of the deadlines above.

| | |
|---|---|
| Dated: June 28, 2021 | Dated: June 28, 2021 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Mary F. Chapman*<br>MARY F. CHAPMAN, ESQ.<br>Law Office of Mary F. Chapman, Ltd.<br><br>*Attorney for Plaintiff Donna Brower* | */s/ Alison Lungstrum Macneill*<br>ALISON LUNGSTRUM MACNEILL, ESQ.<br>(*Admitted Pro Hac Vice*)<br>STACEY A. CAMPBELL, ESQ.<br>(*Admitted Pro Hac Vice*) |

Campbell Litigation, P.C.

DUSTIN L. CLARK, ESQ.
Dustin L. Clark, Attorney at Law

*Attorneys for Defendant McDonald's Corp.*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2021